Attorney: LEVIN EPSTEIN & ASSOCIATES PC Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165    Job #: 1526250

# AFFIDAVIT OF NON SERVICE

Client's File No.: jones vs. mega

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

INDEX NO.: 1:22-CV-06010-
COUNTY OF EASTERN



LEROY JONES, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA
COLLECTIVE ACTION

*Plaintiff*

*vs*

MEGA HOME & LINEN, INC. AND SHAUN ZAKARIA

*Defendant*

STATE OF NEW YORK , COUNTY OF QUEENS , SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides
in the State of  New York . That on the following date: 02/23/2023 , at the following time: 1:28 PM ,
at 346 MYRTLE AVENUE, BROOKLYN, NY 11205 , deponent attempted to serve the within
SUMMONS IN A CIVIL ACTION AND COMPLAINT

upon  SHAUN ZAKARIA

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at

346 MYRTLE AVENUE, BROOKLYN, NY 11205

deponent was unable to effect process upon the person being served because of the following reason(s):

| | | | |
|---|---|---|---|
| ☐ | unknown at address | ☐ | house/building vacant |
| ☐ | moved, left no forwarding | ☐ | address does not exist |
| ☐ | evading | ☐ | service canceled by litigant |
| ☐ | unable to serve in timely fashion | ☐ | no other occupants / tenants over 18 years of age |
| ☒ | Other: STORE THAT'S OUT OF BUSINESS | | |

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 02/23/2023 | 1:28 PM | 346 MYRTLE AVENUE. BROOKLYN. NY 11205 |

Sworn to before me on 02/24/2023

NOTARY PUBLIC
DIANNE GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO6025621, QUALIFIED IN QUEENS COUNTY
TERM EXPIRES, AUGUST 3, 2023

NIMER ABDERRAHMAN
DCA License # 2105973

*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*