Attorney: LEVIN-EPSTEIN&ASSOCIATES PC Address: 60 EAST 42ND ST, STE#4700 NEW YORK, NY 10165   Job #: 1532138

# AFFIDAVIT OF NON SERVICE

Client's File No.: jones vs. mega

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

INDEX NO.: 1:22-CV-06010-
COUNTY OF EASTERN



LEROY JONES, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION

*Plaintiff*

vs

MEGA HOME & LINEN, INC., AND SHAUN ZAKARIA

*Defendant*

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: 05/09/2023, at the following time: 8:11 PM, at 105 JAMAICA AVENUE, BROOKLYN, NY 11207, deponent attempted to serve the within SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL COVER SHEET

upon MEGA HOME & LINEN, INC.,
the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at
105 JAMAICA AVENUE, BROOKLYN, NY 11207
deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] house/building vacant
- [ ] moved, left no forwarding
- [ ] address does not exist
- [ ] evading
- [ ] service canceled by litigant
- [ ] unable to serve in timely fashion
- [ ] no other occupants / tenants over 18 years of age
- [X] Other: NOT KNOWN AT ADDRESS.

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 05/09/2023 | 8:11 PM | 105 JAMAICA AVENUE, BROOKLYN, NY 11207 |

Sworn to before me on 05/17/2023

NOTARY PUBLIC
DIANNE GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO6025621, QUALIFIED IN QUEENS COUNTY
TERM EXPIRES, AUGUST 3, 2023

DAINON WARD
DCA License # 2079049

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*