**SHAUN ZAKARIA**
105-02 Jamaica Avenue
Richmond Hill, New York 11418

Telephone (917) 560-5527

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 14 2023 ★

BROOKLYN OFFICE

July 13, 2023

Hon. Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Leroy Jones v. Mega Home & Linen, Inc. and Shaun Zakaria*
             <u>Case No. 1:22-CV-6010 (LDH) (CLP)</u>

Dear Judge Pollak,

    I am the defendant. I am writing to ask you to change the date of the initial conference which is scheduled for July 27, 2023 due to a personal conflict and ask you to hold the conference *in person* at the courthouse. I am not comfortable appearing telephonically.

    I tried to confer with Mr. Jones' attorney about this. I left multiple messages for Mr. Mizrahi and he has not communicated with me. He has rudely and unprofessionally ignored my E-mails since October 2022. I am asking Your Honor to order Mr. Jason Mizrahi to respond to my inquiries in a timely manner.

    I have also sent Mr. Mizrahi proof that Mr. Jones was properly paid during the short amount of time he worked for me. Mr. Mizrahi has not responded to the payroll information I provided and the claims which he makes in the complaint are completely false.

    I thank Your Honor for considering this application.

                                    Respectfully submitted,

                                    _____
                                    Shaun Zakaria

Hon. Cheryl L. Pollak, Chief U.S.M.J.
August 9, 2022
2

cc: Defense Counsel (by ECF)