# SHAUN ZAKARIA

105 Jamaica Avenue
Brooklyn, New York 11207
Shaunzakaria1@gmail.com

Telephone (917) 560-5527
E-mail: shaunzakaria1@gmail.com

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 03 2024 ★

BROOKLYN OFFICE

December 2, 2024

**Via Overnight Mail**
Hon. Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: ***Leroy Jones v. Mega Home & Linen, Inc. and Shaun Zakaria***
      <u>***Case No. 22-CV-6010 (RER) (CLP)***</u>

Dear Judge Pollack,

  I am the defendant. On September 27, 2024, Your Honor ordered the plaintiff to provide an affidavit "attesting to what documents have been produced and what responses were given to the interrogatories and where and to the extent plaintiff has no responsive records or information, he must attest to that in an affidavit as well." See Docket 48. Plaintiff clearly does not obey the orders of the court because no such affidavit was provided and no records have been provided. I received an unsigned response to interrogatories and documents stating that plaintiff has no documents. I have been asking for over a year for the responses to my questions and he has given me nothing. The only time Mr. Jones worked for me he was on the payroll and he was paid through a payroll company. In his response Mr. Jones states that he was paid a flat salary but he was not paid a flat salary he was paid through the payroll company based upon the hours he worked.

  When I received the lawsuit I sent the attorneys for Mr. Jones all of the payroll records for the claimant. He worked for my company for only a few months and was paid via direct deposit. Mr. Jones' attorney ignored my phone calls and the information I have provided and he does not provide anything to support his client's case or the claims. He

Hon. Cheryl L. Pollak
December 2, 2024
Page 2

puts in the same boilerplate information which is made up and not reflective of the work Mr. Jones did.

    I am perplexed that Mr. Jones' attorney continues to pursue this lawsuit despite the lack of any evidence supporting his claims. I firmly believe that my rights as a citizen have been violated, as I have incurred significant expenses, time, and hardship defending against these frivolous allegations.

    I trust that the court will carefully consider my concerns and resolve this matter justly and expeditiously.

    I ask you respectfully to please schedule a meeting to discuss this case and what has happened so far. I thank Your Honor for considering this case.

Respectfully submitted,<br><br>Shaun Zakaria

cc:   Defense Counsel (by E-mail)

# Responses Sent From Mr. Johns Attorney

ONLYONESTOP
105 JAMAICA AV.
BROOKLYN NY 11207



Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201





ATT: HON. Cheryl L. Pollak