UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LEROY JONES, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                      Plaintiff,

      -against-

MEGA HOME & LINEN, INC., SHAUN ZAKARIA,

                      Defendants.
-----------------------------------------------------------X

**SCHEDULING ORDER**
22 CV 6010 (RER) (CLP)

**POLLAK**, United States Magistrate Judge:

On December 3, 2024, the Court received a letter from *pro se* defendant Shaun Zakaria, dated December 2, 2024, requesting a conference to discuss the case and issues with discovery production previously Ordered by the Court. (ECF No. 52). On December 4, 2024, plaintiff submitted a letter objecting to defendant Zakaria's assertions and also requesting a conference. (ECF No. 55).

The parties shall appear for a Status Conference before Magistrate Judge Cheryl L. Pollak on **December 18, 2024 at 11:45 a.m.** The conference will proceed via CISCO conference call. At 11:45 a.m., the parties should dial 571-353-2301. Enter Meeting ID: 022 788 537.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

    **SO ORDERED.**

Dated: Brooklyn, New York
       December 5, 2024                 /s/ Cheryl L. Pollak
                                                            Cheryl L. Pollak
                                                             United States Magistrate Judge
                                                             Eastern District of New York