UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LEROY JONES, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

       Plaintiff,

  -against-              **ORDER**
                        22 CV 6010 (RER) (CLP)

MEGA HOME & LINEN, INC., and SHAUN ZAKARIA,

       Defendants.
-----------------------------------------------------------X

**POLLAK**, United States Magistrate Judge:

On December 18, 2024, this Court held a status conference in the above-captioned case, at which plaintiff's counsel and *pro se* defendant, Shaun Zakaria, attended. (<u>See</u> Minute Entry 12/18/2024).

The parties are directed to appear for a settlement conference in the above-referenced case as follows:

|  |  |
|---|---|
| DATE: | **FEBRUARY 11, 2025** |
| TIME: | **10:15 AM** |
| LOCATION: | Courtroom 13B South<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |

If the parties do not settle at or before the conference, plaintiff will take defendant Zakaria's deposition on February 12, 2025 at 10:00 AM at Levin-Epstein & Associates, P.C., 60 East 42nd Street, Suite 4700, New York, NY 10165.

A copy of this Order will be sent to the *pro se* defendant by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
December 18, 2024

    /s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York

# Federal Pro Se Legal Assistance Project

The Federal Pro Se Legal Assistance Project is a free service offered by the City Bar Justice Center of the New York City Bar Association.

### Who We Help:
- Self-represented (pro se) plaintiffs and defendants with civil cases in the U.S. District Court for the Eastern District of New York.
- Individuals thinking about filing a federal case pro se in the E.D.N.Y.
- *We cannot assist incarcerated litigants until they return to the community.*
- *We cannot assist with criminal matters.*

### Services We Provide:
- <u>Limited-scope legal counseling</u> by an attorney. "Limited-scope" assistance means that the Project attorney cannot take your case for representation. After you meet with us, you will still act as your own lawyer on your case.
- Explaining federal court procedures and rules involved in your case.
- Advising you about potential federal claims before you file a lawsuit.
- Advice on drafts of court papers.
- Providing referrals to legal, governmental, and social services.

### How to Get Free Legal Help:
- Walk-in consultation hours:
  - Mondays from 1:00 p.m. – 3:00 p.m.
  - Wednesdays from 1:00 p.m. – 3:00 p.m.

- Scheduled consultation hours (*please call for an appointment*).

- Please leave a voicemail at 212.382.4729; or
- Complete our intake form at https://www.citybarjusticecenter.org/fedpro/intake on your phone or computer.



Federal Pro Se Legal Assistance Project
c/o U.S. District Court, E.D.N.Y.
225 Cadman Plaza East, Room 108N
Brooklyn, NY 11201
(212) 382-4729
www.citybarjusticecenter.org

*Nov. 10, 2022*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases**

Please register me to receive service of documents and notices of electronic filings to my e-mail address via the Court's electronic filing system (ECF). By registering for electronic service, I affirm that:

- I understand that I **waive** my right to receive service of court issued documents by first class mail and that I will no longer receive paper copies of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions.

  Initial here_____

- I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted one "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid future charges. **The one 'free look' will expire in 15 days from the date the notice was sent.** After the "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document.

  Initial here_____

- I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which account will allow me to view, print, and download documents at any time for a nominal fee.

  Initial here_____

- The email address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.

  Initial here_____

- I understand that electronic service does **not** allow me to file documents electronically and does **not** mean that I can serve documents by e-mail to the opposing party. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.

  Initial here_____

- I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.

  Initial here_____

Date: _____   Signature: _____

Case No: _____   Print Full Name: _____

Telephone No.: _____   Email Address: _____

Home Address: _____

Return form to:      U.S.D.C., E.D.N.Y. - Pro Se Dept.
       225 Cadman Plaza East   or   100 Federal Plaza
       Brooklyn, NY 11201           Central Islip, NY 11722            8/2013