# SHAUN ZAKARIA
105-02 Jamaica Avenue
Richmond Hill, New York 11418

Telephone (917) 560-5527



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 10 2025 ★

BROOKLYN OFFICE

January 9, 2025

Hon. Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Leroy Jones v. Mega Home & Linen, Inc. and Shaun Zakaria*
            Case No. 1:22-CV-6010 (RER) (CLP)

Dear Judge Pollak,

    I am the defendant. Happy New Year, Your Honor. I am writing to respond to the attorneys' letter about my E-mails.

    First of all, I did not text the attorney. I have spoken with the attorney on several occasions by phone and have E-mailed the attorney. I do not text him and any text messages he claims to receive are not from me and are fabricated by him to make me look bad. Even the emails that I did sed him he has edited.

    The E-mails I sent are not illegal or threatening. I have a right to send E-mails to the attorney. I have been asking for documents and showing my documents and explaining that there is no case for unpaid wages for the last two years. Which he provided incomplete and with no answers to any of my requests.

    As I have asked before, please hold the conference *in person* at the courthouse. I am not comfortable appearing telephonically. We have a conference scheduled already on February 11, 2025. I want to make sure that the plaintiff Mr. Jones is at the conference. Can you order the plaintiff to attend the conference with his attorney?

    Mr. Jason Mizrahi is falsely claiming intimidation and lying about everything in this lawsuit. It is because he has no case. His client has no case. I have sent Mr. Mizrahi proof that Mr. Jones was properly paid during the short amount of time he worked for me. Mr. Mizrahi has nothing to support his case and his claims are complexly fabricated just like the text messages he claims I send.

    I thank Your Honor for considering this application.

                                                                 Respectfully submitted,

Hon. Cheryl L. Pollak, Chief U.S.M.J.
January 9, 2025
2

_____
Shaun Zakaria

cc: Defense Counsel (by ECF)

ONLY ONE STOP
105 JAMAICA AV.
BROOKLYN NY 11205



ORIGIN ID:PTRA  (718) 222-0033
ONLYONESTOPSHOP
ONLYONESTOPSHOP
105 JAMAICA AVE

BROOKLYN, NY 11207
UNITED STATES US

SHIP DATE: 09JAN25
ACTWGT: 0.50 LB
CAD: 255563509/WSXI3700

BILL SENDER

TO  HON. JUDGE CHERYL L. POLLACK
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLZ E

BROOKLYN NY 11201
(999) 999-9999
INV:
PO:                              DEPT:

FedEx Express

FRI - 10 JAN 12:00P
PRIORITY OVERNIGHT

TRK# 2842 0260 7913
0201

E2 EGXA                11201
                NY-US   EWR



4112 FRI 01/10 08:19
225 CADMAN PLZ E                11201-1832-99
PRIORITY OVERNIGHT      BROOKLYN,NY
340-1090SQ
ETP: 1   SP:PD:100:Y   284202607913

Hon. Chery L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201