UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Leroy Jones, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

Case No.: 1:22-cv-06010

**ORDER TO SHOW CAUSE**

*Plaintiff,*

- against –

Mega Home & Linen, Inc., and Shaun Zakaria,

*Defendants.*
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated April 10, 2025, together with the Declaration of Joshua D. Levin-Epstein, Esq., (the "Levin-Epstein Decl.") and the exhibits annexed thereto, and all pleadings and proceedings heretofore had herein, it is hereby ORDERED that:

1.  Defendant Shaun Zakaria and proposed Defendant Julie Zakaria show cause before this Court, the Honorable District Judge Ramon E. Reyes, Jr. presiding, in in United States District Court for the Eastern District of New York, at the Courthouse located at 225 Cadman Plaza East Brooklyn, New York 11201, on May 5, 2025, at 11:30 a.m./p.m., or as soon thereafter as counsel may be heard, why an order should not be entered, pursuant to Federal Rules of Civil Procedure 64 and 65, N.Y. Civil Practice Law & Rules §§ 6201 and 6301, and this Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief for an Order:

a) setting aside Shaun Zakaria's transfer of his interest in the 2008 East 13th St., Brooklyn, NY 11229 Property (the "East 13th St. Property") to Julie Zakaria and restraining Shaun Zakaria and Julie Zakaria from disposing of this Property pursuant to N.Y. Debt. and Cred. Law § 279;

b) attaching the East 13th St. Property pursuant to C.P.L.R. § 6201(3), Fed. R. Civ. P. § 64, and N.Y. Debt. and Cred. Law § 279;

c) attaching all of the assets of Defendants Shaun Zakaria and Julie Zakaria pursuant to C.P.L.R. § 6201(3) and N.Y. Debt. and Cred. Law § 279;

d) directing Defendants Shaun Zakaria and Julie Zakaria, pursuant to C.P.L.R. § 6220, to appear immediately at a place within the City of New York designated by counsel for Plaintiff Leroy Jones ("Plaintiff") and give testimony concerning the nature, status, and actual location of the assets of each of these Defendants and to bring with each of them all documents, books, correspondence, records and tax returns regarding any property, including but not limited to bank accounts, cash assets, debts, and real property, in which Defendants have had an interest since the commencement of this action; and

e) granting Plaintiff leave to file a Supplemental Complaint, under Fed.R.Civ.P. 15(d) and 21;

f) together with such other relief as this Court deems just and proper;

2. Let service of a copy of this Order to Show Cause, together with the papers upon which it is based, be accomplished by delivering these papers by overnight mail to Defendant Shaun Zakaria and proposed Defendant Julie Zakaria, by on or before April 15, 2025, and that be deemed good and sufficient service.

3. Opposition papers, if any, from Defendant Shaun Zakaria and proposed Defendant Julie Zakaria, must be electronically filed with the Court on or before April 29, 2025;

4. Reply papers, if any, must be served on or before May 2, 2025.

Dated: Brooklyn, New York

      April 11, 2025

_____
The Honorable Ramón E. Reyes, Jr.
United States District Judge

Cc:    All parties via ECF